# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Oatridge Security Group ) ASBCA No. 61857
)
Under Contract No. W911RX-16-D-0003 )

APPEARANCE FOR THE APPELLANT: Mr. Cy A. Oatridge
President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Richard Hagner, JA
Trial Attorney

## ORDER OF DISMISSAL

The Board is in receipt of appellant's submission dated June 7, 2019, requesting that this appeal be dismissed without prejudice. Appellant asserts that it intends to file a new claim for a contracting officer's final decision. For good cause shown, the appeal is dismissed without prejudice.

Dated: June 13, 2019

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61857, Appeal of Oatridge Security Group, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals